UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-14056-Civ-MIDDLEBROOKS

PEDRO COLLAZO

   *Plaintiff*,

v.

UNITED STATES OF AMERICA,

   *Defendant*.

_____

## DEFENDANT UNITED STATES' NOTICE OF SETTLEMENT

      The undersigned Assistant United States Attorney hereby reports to the Court that the parties have verbally agreed to settle all claims against the United States in this action. The settlement and release documents have not been signed at the time of this filing.

Dated: July 2, 2021

                                              Respectfully submitted,

                                              JUAN ANTONIO GONZALEZ
                                              ACTING UNITED STATES ATTORNEY

                                              /s/Lawrence Rosen
                                              LAWRENCE ROSEN
                                              ASSISTANT U.S. ATTORNEY
                                              FL Bar No. 282911
                                              99 NE 4th Street, 3rd Floor
                                              Miami, Florida    33132
                                              Telephone: (305) 961-9321
                                              E-mail:  Larry.Rosen@usdoj.gov
                                              *Counsel for United States of America*